1377-14

# ELECTRONIC RECORD

COA #   01-13-00300-CR                    OFFENSE:   19.02 (Murder)

STYLE:  Arnoldo Vara Torres v. The State
        of Texas                          COUNTY:   Harris

COA DISPOSITION:      AFFIRM              TRIAL COURT:  183rd District Court

DATE: 09/04/2014          Publish: NO    TC CASE #:   1317308


# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Arnoldo Vara Torres v. The State of
        Texas                             CCA #:   1377-14

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:    _____

_____REFUSED_____                         JUDGE:   _____

DATE: 02/04/2015                          SIGNED: _____      PC: _____

JUDGE: _Per Curiam_                       PUBLISH: _____     DNP: _____


------------------------

                                          _____ MOTION FOR

                              REHEARING IN CCA IS: _____

                              JUDGE: _____


# ELECTRONIC RECORD